**CLARK v. VELSICOL CHEMICAL CORP.**

[336 N.C. 599 (1994)]

KENNETH R. CLARK v. VELSICOL CHEMICAL CORPORATION AND
FORSHAW CHEMICAL, INC.

No. 318PA93

(Filed 17 June 1994)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 110 N.C. App. 803, 431 S.E.2d 227 (1993), affirming the dismissal of plaintiff's action entered by Fullwood, J., at the 2 September 1991 Civil Session of Superior Court, New Hanover County. Heard in the Supreme Court 9 May 1994.

*Shipman & Lea, by Jennifer L. Umbaugh and Gary K. Shipman, for plaintiff-appellant.*

*Maupin Taylor Ellis & Adams, P.A., by Mark S. Thomas; Spriggs & Hollingsworth, by Joe G. Hollingsworth, Katharine R. Latimer, Barbara A. Milnamow, and Donald W. Fowler, for defendant-appellees.*

PER CURIAM.

AFFIRMED.